BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-mj-014 DAD |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS COMPLAINT; ORDER |
| v. | ) | |
| MICHAEL SCOTT HEARON, | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

On January 13, 2011, this Court filed a complaint against the above-captioned defendant for unlawful flight to avoid prosecution and issued a warrant for his arrest. The undersigned has been notified by the United States Marshall Service that the defendant was arrested on the warrant on March 25, 2011, and was thereafter transferred into the custody of local authorities. The government now respectfully requests that the complaint be dismissed and the warrant be withdrawn.

Dated: March 31, 2011               BENJAMIN B. WAGNER
                                    United States Attorney


                                    By: /s/ Lee S. Bickley
                                        LEE S. BICKLEY
                                        Assistant U.S. Attorney

1

ORDER

Good cause appearing, the government's motion to dismiss the complaint for unlawful flight to avoid prosecution, filed in the above-captioned matter on January 13, 2011, is hereby DISMISSED. The warrant in this case is hereby withdrawn.

IT IS SO ORDERED.

DATED: March 31, 2011                    /s/ Gregory G. Hollows
                                         GREGORY G. HOLLOWS
                                         United States Magistrate Judge